UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. NO. CR-07-2063-LRS-3 |
| Plaintiff, | ) | |
| | ) | ORDER DENYING RELEASE |
| v. | ) | **(Ct Rec. 90)** |
| | ) | |
| JULIAN MORA, | ) | |
| | ) | |
| Defendant. | ) | |

On July 25, 2007, this court held a bail review hearing. James Hagarty, Esq., appeared for the government and the defendant was present with counsel, Ricardo Hernandez, Esq.

The defendant made a motion for the Court to reconsider detention and stated there are conditions that could be imposed that would assure defendant's appearance as required and community safety.

The government argued there are no conditions which justify reconsidering the issue of detention.

The Court found there remains an absence of condition or conditions that could be imposed that would reasonably assure this defendant's presence at trial and further, that the evidence is clear and convincing that there are no conditions that could be imposed which would protect community safety.

The Court **denied** defendant's motion for release**(Ct Rec. 90)**. Defendant shall remain in the custody of the U.S. Marshal.

**IT IS SO ORDERED.**

DATED this 25th day of July, 2007.

s/Mary Alice Theiler
MARY ALICE THEILER
United States Magistrate Judge

ORDER DENYING RELEASE - 1